686

## (September 15, 1961)

In the Matter of HARRY NOVINSON, Doing Business as H. NOVINSON & Co., Petitioner, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

BENJAMIN AMENT, Respondent, v. PARK RIVER REALTY CORP., Appellant, et al., Defendant. PARK RIVER REALTY CORP., Third-Party Plaintiff, v. MORRIS ROSEN & SONS, INC., et al., Third-Party Defendants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

CHARLES BEHR, Respondent, v. NORMAN V. MULLER, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

JOHANNA BOGART, Respondent, v. PETER D. BOGART, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

STEPHEN DELGAUDIO, an Infant, by JOHN DELGAUDIO, His Guardian ad Litem, et al., Respondents, v. SHERIDAN & DUNCAN, INC., et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.